**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01122-CR**
**No. 05-22-01123-CR**
**No. 05-22-01124-CR**

**TIFFANY RENEE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F22-51235-Q, F22-51236-Q, F22-75061-Q**

**ORDER**

Appellant's motion for extension of time to file her brief is **GRANTED**, and

we **ORDER** the brief filed on or before **FEBRUARY 13, 2023**.

/s/ NANCY KENNEDY
   JUSTICE